*William C. Franklin,* in opposition.

Decided October 10, 2001

## STATE OF CONNECTICUT *v.* JOHN WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 449 (AC 19526), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided October 10, 2001